# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAYFORD SR., | NO. ED CV 08-1051 JSL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LARRY SMALL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 13, 2009

*/s/ Spencer Letts/*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE